**United States Bankruptcy Court**
Southern District of Mississippi

In re   **Kristy Marie Crager**                                         Case No.   **24-50882**
                         Debtor(s)                                       Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 13, 2025**              **/s/ Kristy Marie Crager**
                                        **Kristy Marie Crager**
                                        Signature of Debtor

```
KRISTY MARIE CRAGER            CITIBANK                       LAB CORP***
63 HWY 45                      PO BOX 790040                  P.O. BOX 2240
STATE LINE, MS 39362           ST LOUIS, MO 63179             BURLINGTON, NC 27216


THOMAS C. ROLLINS, JR.         COMENITY BANK                  MERRICK BANK CORP
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY               PO BOX 9201
P.O. BOX 13767                 PO BOX 182125                  OLD BETHPAGE, NY 11804
JACKSON, MS 39236              COLUMBUS, OH 43218


AAA AMBULANCE                  COMENITYCAPITAL/ULTA           MISSION LANE LLC
P.O. BOX 17889                 ATTN: BANKRUPTCY DEPT          ATTN: BANKRUPTCY
HATTIESBURG, MS 39404          PO BOX 182125                  P.O. BOX 105286
                               COLUMBUS, OH 43218             ATLANTA, GA 30348


AFFIRM, INC.                   COMPREHENSIVE RADIO***         MS DEPT OF REVENUE
ATTN: BANKRUPTCY               15 PROFESSIONAL PKWY           BANKRUPTCY SECTION
650 CALIFORNIA ST              STE 126                        PO BOX 22808
FL 12                          HATTIESBURG, MS 39402          JACKSON, MS 39225-2808
SAN FRANCISCO, CA 94108


AFTERPAY                       CREDIT ONE BANK                NAVIENT
222 KEARNY ST #600             ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
SAN FRANCISCO, CA 94103        6801 CIMARRON RD               PO BOX 9635
                               LAS VEGAS, NV 89113            WILKES BARRE, PA 18773


ALTUS LUMBERTON HOS***         DISCOVER FINANCIAL             OSHNERS MED CENT***
137 N LHS DR                   PO BOX 30939                   1314 19TH AVE
LUMBERTON, TX 77657            SALT LAKE CITY, UT 84130       MERIDIAN, MS 39301


CAPITAL ONE                    FORREST GENERAL HOSP**         REGIONS BANK
ATTN: BANKRUPTCY               6501 US 49                     PO BOX 10063
PO BOX 30285                   HATTIESBURG, MS 39401          BIRMINGHAM, AL 35202-00
SALT LAKE CITY, UT 84130


CAPITAL ONE                    HATTIESBURG CLINIC***          RELIAS EM MEDICINE***
ATTN: BANKRUPTCY               415 S 28TH AVE                 P.O. BOX 30275
P.O. BOX 30285                 HATTIESBURG, MS 39401          CHARLOTTE, NC 28230-020
SALT LAKE CITY, UT 84130


CASHNET USA                    HIGHLAND COMMUNITY ***         SYNCHRONY
175 W JACKSON                  P.O. BOX 679521                ATTN: BANKRUPTCY
STE 1000                       DALLAS, TX 75267               PO BOX 955060
CHICAGO, IL 60604                                             ORLANDO, FL 32896-5060
```

```
UPSTART FINANCE
ATTN: BANKRUPTCY
PO BOX 1503
SAN CARLOS, CA 94070


WAYNE GENERAL HOSP***
950 MATTHEW DRIVE
WAYNESBORO, MS 39367


WELLS FARGO DEALER
ATTN: BANKRUPTCY
1100 CORPORATE CENTER
RALEIGH, NC 27607
```