UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi (Gulfport-6 Divisional Office)

IN RE:    KRISTY CRAGER                         CASE NO:   24-50882
                                                CHAPTER:   13

   Debtors

**Change of address – Payment for Creditor**

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address                        New Notifications address


Old payment address                              New payment address
Wells Fargo Auto                                 Wells Fargo Auto
PO Box 17900                                     PO Box 51963
Denver CO 80217-0900                             Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  BKChapter13@WellsFargo.com


07/23/2025                              /s/Canell Thornton
                                        Associate Loan Servicing Representative
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

CERTIFICATE OF SERVICE

Southern District of Mississippi (Gulfport-6 Divisional Office)

IN RE:   KRISTY CRAGER               CASE NO:   24-50882
                                     CHAPTER:   13

   Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/23/2025 , I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
   Canell Thornton
   Associate Loan Servicing Representative

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]

07/23/2025                     /s/Canell Thornton
                               Associate Loan Servicing Representative
                               Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (04/16/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.