IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:　　Kristy Marie Crager, Debtor　　　　　　　　Case No. 24-50882-KMS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## NOTICE

　　　Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

　　　If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

　　　File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

　　　If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

　　　You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

　　　If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: September 11, 2025　　　　Signature:　/s/ Thomas C. Rollins, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Thomas C. Rollins, Jr. (MSBN 103469)
　　　　　　　　　　　　　　　　　　　　　　　Jennifer A Curry Calvillo (MSBN 104367)
　　　　　　　　　　　　　　　　　　　　　　　The Rollins Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 13767
　　　　　　　　　　　　　　　　　　　　　　　Jackson, MS 39236
　　　　　　　　　　　　　　　　　　　　　　　trollins@therollinsfirm.com
　　　　　　　　　　　　　　　　　　　　　　　601-500-5533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kristy Marie Crager, Debtor                Case No. 24-50882-KMS
                                                      CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of October and November 2025.
3. Debtor will be out on maternity leave. As such, Debtor cannot afford to make the monthly plan payment. Debtor will return to work and will be able to resume making payments beginning in December 2025.
4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on September 12, 2025, to:

By Electronic CM/ECF Notice:

   Chapter 13 Case Trustee

   U.S. Trustee

               <u>/s/ Thomas C. Rollins, Jr.</u>
               Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KRISTY MARIE CRAGER | CASE NO: 24-50882<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/12/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/12/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KRISTY MARIE CRAGER | CASE NO: 24-50882<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 9/12/2025, a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/12/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                              EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING    WELLS FARGO BANK NA  DBA WELLS FARGO               US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD               AUT                                                DAN M RUSSELL  JR US COURTHOUSE
CASE 24-50882                       PO BOX 169005                                      2012 15TH STREET  SUITE 244
SOUTHERN DISTRICT OF MISSISSIPPI    IRVING  TX 75016-9005                              GULFPORT  MS 39501-2036
THU SEP 11 13-19-30 PST 2025



AAA AMBULANCE                       AFFIRM  INC                                        AFTERPAY
PO BOX 17889                        ATTN BANKRUPTCY                                    222 KEARNY ST 600
HATTIESBURG  MS 39404-7889          650 CALIFORNIA ST                                  SAN FRANCISCO  CA 94108-4509
                                    FL 12
                                    SAN FRANCISCO  CA 94108-2716



AIDVANTAGE ON BEHALF OF             ALTUS LUMBERTON HOSPITAL                           CAPITAL ONE
DEPT OF EDUCATION                   137 N LHS DR                                       ATTN BANKRUPTCY
PO BOX 300001                       LUMBERTON  TX 77657-8620                           PO BOX 30285
GREENVILLE TX 75403-3001                                                               SALT LAKE CITY  UT 84130-0285



EXCLUDE
(D)CAPITAL ONE                      CAPITAL ONE  NA                                    CASHNETUSA
ATTN BANKRUPTCY                     BY AIS INFOSOURCE LP AS AGENT                      175 W JACKSON BLVD
PO BOX 30285                        4515 N SANTA FE AVE                                SUITE 600
SALT LAKE CITY  UT 84130-0285       OKLAHOMA CITY  OK 73118-7901                       CHICAGO  IL 60604-2948



CITIBANK                            COMENITY BANK                                      COMENITYCAPITALULTA
PO BOX 790040                       ATTN BANKRUPTCY                                    ATTN BANKRUPTCY DEPT
ST LOUIS  MO 63179-0040             PO BOX 182125                                      PO BOX 182125
                                    COLUMBUS  OH 43218-2125                            COLUMBUS  OH 43218-2125



COMPREHENSIVE RADIOLOGY             CREDIT ONE BANK                                    DISCOVER BANK
15 PROFESSIONAL PKWY STE 126        ATTN BANKRUPTCY                                    PO BOX 3025
HATTIESBURG  MS 39402-2647          6801 CIMARRON RD                                   NEW ALBANY  OH 43054-3025
                                    LAS VEGAS  NV 89113-2273



DISCOVER FINANCIAL                  FORREST GENERAL HOSPITAL                           HATTIESBURG CLINIC
PO BOX 30939                        6501 US 49                                         415 S 28TH AVE
SALT LAKE CITY  UT 84130-0939       HATTIESBURG  MS 39401                              HATTIESBURG  MS 39401-7283



HIGHLAND COMMUNITY HOSPITAL         (P)JEFFERSON CAPITAL SYSTEMS LLC                   LVNV FUNDING  LLC
PO BOX 679521                       PO BOX 7999                                        RESURGENT CAPITAL SERVICES
DALLAS  TX 75267-9521               SAINT CLOUD MN 56302-7999                          PO BOX 10587
                                                                                       GREENVILLE  SC 29603-0587



LAB CORP PO                         (P)MERCHANTS ADJUSTMENT SERVICE  INC               MERRICK BANK
BOX 2240                            ATTN ATTN SHERI                                    RESURGENT CAPITAL SERVICES
BURLINGTON  NC 27216-2240           PO BOX 7511                                        PO BOX 10368
                                    MOBILE AL 36670-0511                               GREENVILLE  SC 29603-0368
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE  NY 11804-9001 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| MISSION LANE LLC<br>BY AIS INFOSOURCE  LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | NAVIENT<br>ATTN  BANKRUPTCY<br>PO BOX 9635<br>WILKES BARRE  PA 18773-9635 | OSCHNER RUSH MEDICAL CENTER<br>1314 19TH AVE<br>MERIDIAN  MS 39301-4116 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | REGIONS BANK<br>PO BOX 10063<br>BIRMINGHAM  AL 35202-0063 |
| RELIAS EM MEDICINE<br>PO BOX 30275<br>CHARLOTTE  NC 28230-0275 | RESURGENT RECEIVABLES  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO  FL 32896-5060 |
| EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6 430<br>JACKSON  MS 39201 5022 | UPSTART FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 1503<br>SAN CARLOS  CA 94070-7503 | (P)WAYNE GENERAL HOSPITAL<br>950 MATTHEW DRIVE<br>WAYNESBORO MS 39367-2590 |
| WELLS FARGO BANK NA  DBA WELLS FARGO AUT<br>PO BOX 169005<br>IRVING  TEXAS 75016-9005 | WELLS FARGO DEALER<br>ATTN BANKRUPTCY<br>1100 CORPORATE CENTER<br>RALEIGH  NC 27607-5066 | EXCLUDE<br>(P)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403 0566 |
| DEBTOR<br>KRISTY MARIE CRAGER<br>159 JONES RD<br>FOXWORTH  MS 39483-4852 | EXCLUDE<br>THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 | |