United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-50882-KMS |
| Kristy Marie Crager | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristy Marie Crager, 159 Jones Rd, Foxworth, MS 39483-4852 |
| | + | AMR, ATTN: ANGELA MANUEL, HR MANAGER, 2550 N. BOLTON AVE, ALEXANDRIA, LA 71303-4503 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net   sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kristy Marie Crager trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 18, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                       CHAPTER 13 PROCEEDING
  KRISTY MARIE CRAGER               24-50882 KMS
  159 Jones Rd.
  Foxworth, MS  39483                 SSN:  XXX-XX-1384

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    AMR
    ATTN: ANGELA MANUEL, HR MANAGER
    2550 N. BOLTON AVE
    ALEXANDRIA, LA  71303

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net