

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 7, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:   Kristy Marie Crager, Debtor**                    **Case No. 24-50882-KMS**
**CHAPTER 13**

## ORDER SUSPENDING PLAN PAYMENTS

THIS CAUSE having come on this date on the Debtor's Motion to Suspend Plan

Payments (DK # 61 ), the Court having reviewed and considered the facts herein, and there being

no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Suspend Plan Payments is

granted.  Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that

are being paid through the plan are hereby suspended for October and November 2025, and that

the Trustee shall increase Debtor's Plan payment as necessary to offset for the lost plan payment

with payments to resume in December 2025.  The Trustee is authorized to increase the Wage

Order accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS