**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISION**

IN RE: KRISTY MARIE CRAGER, DEBTOR          CHAPTER 13 PROCEEDING
                                                                              CASE NO. 24-50882-KMS

MOTION FOR RELIEF FROM AUTOMATIC STAY
AND FOR OTHER RELIEF

COMES NOW, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, a party in interest in this cause, by and through its attorney, and moves this Court to lift the automatic stay as to certain property of the Debtor, and for other relief, and in support of said motion would respectfully show unto the Court the following to wit:

I.

That on or about June 25, 2024, the above-named Debtor filed a voluntary petition in Bankruptcy pursuant to 11 U.S.C. Chapter 13, listing Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto as a secured creditor.  By operation of 11 U.S.C. 362, the Plaintiff is prohibited from commitment of any judicial proceeding against the Defendant, any act to obtain possession of property of the estate, or any act to enforce any lien against the property of the estate.

II.

That the Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. 362.

III.

That on or about June 28, 2022, Kristy Crager, did execute a certain Retail Installment Contract in favor of Kims Chevrolet Nissan and secured by the following personal property identified as: 2018 NISSAN MURANO, VIN#5N1AZ2CJ8NC124237

A copy of said Retailed Installment Contract and Title attached hereto as an Exhibit as though fully copied herein.  The value of the subject property is $23,025.00 according to the J.D. Power attached as Exhibit 1.

IV.

That the Debtor has defaulted in the Plan to pay the current months' indebtedness directly to the Plaintiff and is now due and owing for the August 2025 payment and all subsequent payments.  That as of February 18, 2026, Debtor is delinquent in post-petition payments in the amount of $4,720.78, plus all payments and charges that accrue hereafter.  The current monthly payment is $887.99.  As of February 18, 2026, the payoff amount is $26,117.03.

V.

Plaintiff would show that sufficient cause exists for the termination, annulment or modification of the automatic stay as provided in 11 U.S.C.362 (d) (1) because of the failure of the Defendant to make the payments set forth above and because there is no equity in the property and because subject property is not necessary to an effective reorganization.  Plaintiff would urge the Court to terminate, modify or lift the automatic stay and abandon the subject property from the estate of the Debtor, so as to allow the Plaintiff to pursue all remedies available to it under the terms and conditions of said Retail Installment Contract, and applicable state law, including initiation of repossession proceedings.  Plaintiff further asks for court costs incurred. Plaintiff also requests that the 14-day stay imposed by FRBP 4001(a)(4) be waived.

WHEREFORE, PREMISES CONSIDERED, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this Motion and prays that the automatic stay afforded by 11 U.S.C. 362 be

terminated, modified or lifted, after notice and hearing, so as to allow Plaintiff to pursue its

remedies and to initiate proceedings against the property which is subject to said Retail

Installment Contract, and for costs incurred. Plaintiff also requests that the 14-day stay imposed

by FRBP 4001(a)(4) be waived.

Respectfully submitted
LOGS LEGAL GROUP LLP

/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327
Attorney for Creditor

**MFR BREAKDOWN**

In Re:   Kristy Marie Crager

BK Case #:   24-50882-KMS                              Chapter 13

LLG FILE #:   26-031534

| | No. of Months | X Monthly Partial Payment of | | | |
|---|---|---|---|---|---|
| 8/2025 - 8/2025 | 1 | Payment of | $280.83 | = | $280.83 |
| 9/2025 - 1/2026 | No. of Months 5 | X Monthly Payment of | $887.99 | = | $4,439.95 |
| TOTAL | | | | = | $4,720.78 |

# CERTIFICATE OF SERVICE

I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

David Rawlings
ecfnotices@rawlings13.net

Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov

Kristy Marie Crager
9 Preacher Gaines Road
State Line, MS 39362

Dated: March 25, 2026

Respectfully Submitted
LOGS LEGAL GROUP LLP

/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327
Attorney for Creditor

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 24-50882-KMS