**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-6 DIVISION**

IN RE: KRISTY MARIE CRAGER, DEBTOR                    CHAPTER 13 PROCEEDING
                                                      CASE NO. 24-50882-KMS

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto**, a

☒ Party to a contested matter Miss. Bnkr. L.R. 9014-1(c)

☐ Corporate Debtor FRBP 1007(a)(1)

☐ Corporate Petitioner of an involuntary petition FRBP 1010(b)

☐ Alleged Corporate Debtor FRBP 1011(f)

Makes the following disclosure (s):

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto is owned 100% by WFC Holdings, LLC. WFC Holdings, LLC is owned 100% by Wells Fargo & Company, which is a publicly traded company.

Dated: March 25, 2026     .                         /s/ Eric C. Miller
                                                    William Savage #105785
                                                    Eric Miller #102327
                                                    Attorney for Creditor

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 24-50882-KMS