**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISION**

IN RE:  KRISTY MARIE CRAGER, DEBTOR                  CHAPTER 13 PROCEEDING
                                                                        CASE NO. 24-50882-KMS

MOTION FOR WITHDRAWAL
DOCKET NO. 70

COMES NOW, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, by and through

counsel, and hereby withdraws its Motion for Relief from Automatic Stay filed herein on March

25, 2026.

                                    Respectfully Submitted
                                    LOGS LEGAL GROUP LLP


                                    /s/ Eric C. Miller
                                    William Savage #105785
                                    Eric Miller #102327
                                    Attorney for Creditor

## CERTIFICATE OF SERVICE

I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

David Rawlings
ecfnotices@rawlings13.net

Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

Kristy Marie Crager
9 Preacher Gaines Road
State Line, MS 39362

Dated: April 6, 2026_____

Respectfully Submitted
LOGS LEGAL GROUP LLP

/s/ Eric C. Miller_____
William Savage #105785
Eric Miller #102327
Attorney for Creditor

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 24-50882-KMS