# Proceeding Minutes / Proceeding Memo

**Case #:** 24-50882          **Case Name:** Kristy Marie Crager

**Set:** 04/16/2026 10:30 am   **Chapter:** 13   **Type:** bk     **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay as to 2018 NISSAN MURANO, VINN1AZ2CJ8NC124237. ., Motion to Compel Abandonment .  Filed by Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto (Attachments: # 1 Exhibit LoanDocuments)  (Dkt. #70)

---

   Minute Entry Re: (related document(s): [70] Motion for Relief From Stay filed by Wells Fargo Bank N.A., d/b/a Wells Fargo Auto) A Motion to Withdraw the Motion for Relief has been filed on 4/6/26. Miller to submit order. Order due by 04/30/2026. (mcc)