_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### GULFPORT-6 DIVISION

IN RE:  KRISTY MARIE CRAGER, DEBTOR          CHAPTER 13 PROCEEDING
                                             CASE NO. 24-50882-KMS

AGREED ORDER OF WITHDRAWAL
DOCKET NO.  75

THERE CAME on Movant's Motion for Withdrawal, and the Court being fully advised

in the premises finds the Motion resolved.

IT IS THEREFORE ORDERED AND ADJUDGED that Wells Fargo Bank, N.A., d/b/a

Wells Fargo Auto be allowed to withdraw its Motion for Relief from Automatic Stay previously

filed on March 25, 2026 herein without prejudice.

###END OF ORDER###

AGREED TO:

/s/ Eric C. Miller
_____

William Savage
Eric Miller
Attorney for Plaintiff

/s/ Thomas C. Rollins, Jr. with Express Permission
_____

Thomas Carl Rollins, Jr., The Rollins Law
Firm, PLLC, Attorney for Debtor

/s/ Brian Wilson, Atty for
_____

David Rawlings, Trustee

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 24-50882-KMS