United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 24-50882-KMS

Kristy Marie Crager                                                                    Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

**Recip ID                     Recipient Name and Address**
db                      +  Kristy Marie Crager, 9 Preacher Gaines Road, State Line, MS 39362-9106

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

**Name                            Email Address**

David Rawlings
                                ecfnotices@rawlings13.net  sduncan@rawlings13.net

Eric C Miller
                                on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto logsecf@logs.com

Samuel J. Duncan
                                on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                                on behalf of Debtor Kristy Marie Crager trollins@therollinsfirm.com
                                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                                USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### GULFPORT-6 DIVISION

IN RE: KRISTY MARIE CRAGER, DEBTOR          CHAPTER 13 PROCEEDING
                                            CASE NO. 24-50882-KMS

### AGREED ORDER OF WITHDRAWAL
### DOCKET NO. 75

THERE CAME on Movant's Motion for Withdrawal, and the Court being fully advised

in the premises finds the Motion resolved.

IT IS THEREFORE ORDERED AND ADJUDGED that Wells Fargo Bank, N.A., d/b/a

Wells Fargo Auto be allowed to withdraw its Motion for Relief from Automatic Stay previously

filed on March 25, 2026 herein without prejudice.

###END OF ORDER###

AGREED TO:

/s/ Eric C. Miller

William Savage
Eric Miller
Attorney for Plaintiff

/s/ Thomas C. Rollins, Jr. with Express Permission

Thomas Carl Rollins, Jr., The Rollins Law
Firm, PLLC, Attorney for Debtor

/s/ Brian Wilson, Atty for

David Rawlings, Trustee

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 24-50882-KMS