**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kristy Marie Crager, Debtor** **Case No. 24-50882-KMS**
**CHAPTER 13**

**MOTION TO DISMISS**

COMES NOW, Debtor, through counsel and respectfully move this Court to enter an Order dismissing this instant case, and in support thereof, would show this Court as follows:

1. On or about 06/25/2024, the above-named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.
2. The Debtor no longer wishes to pursue the instant cause, and further prays that this Court allow the voluntary dismissal.

WHEREFORE, Debtor prays that this Court consider this Motion to be well taken, and further, issue an Order dismissing the matter. Debtor further prays for any additional relief, general or specific, to which they may be entitled.

Respectfully Submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Dismiss was uploaded on September 17, 2026 to CM/ECF. The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.