**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kristy Marie Crager** **Case No. 24-50882-KMS**
**, Debtor** **CHAPTER 13**

# FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,682.50 | $37.51 | $2,720.01 | 17 | 08/09/2024 |
| $2,135.00 | $37.60 | $2,172.60 | 45 | 12/17/2024 |
| $2,664.50 | $224.19 | $2,888.69 | n/a | n/a |
| $7,482.00 | $299.30 | $7,781.30 | | |

# INVOICE

Invoice # 6637
Date: 07/15/2024
Due On: 08/14/2024

ROLLINS LAW FIRM

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Kristy Marie Crager
63 Hwy 45 S
State Line, MS 39362

### 05390-Crager Kristy Marie

## Ch 13 hourly - Kristy ***ineligible to convert***

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KAR | 05/01/2024 | Review and organize documents provided by debtor: Reviewed and organized GIP | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/01/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/ exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/01/2024 | Review email from debtor: Reviewed email from debtor about a judgement; drafted email to debtor informed her she could call the court house and see if it is still active | 0.10 | $155.00 | $15.50 |
| Service | KAR | 05/01/2024 | Review and organize documents provided by debtor: Reviewed, converted jpeg files to pdfs, and organized driver's license, social security card, partial bank, pay, and tax | 0.60 | $100.00 | $60.00 |
| Service | KAR | 05/01/2024 | Reviewed credit report for student loans - debtor does have student loans; drafted email to debtor requesting student loan data to review for possible discharge | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/01/2024 | Reviewed GIP for emergency contacts; added emergency contacts to related contacts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/01/2024 | Review email from debtor: Reviewed email from debtor containing student loan data; organized loan data | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 05/02/2024 | Initial review of all documents: Information packet, pay stubs, bank statements, tax returns. | 0.30 | $100.00 | $30.00 |
| Service | KAR | 05/06/2024 | Review email from debtor: Reviewed email from debtor containing an additional debt to add to her file | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/06/2024 | Review and organize documents provided by debtor: Reviewed and organized additional debt in GIP provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/06/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file for what documents we still missing; drafted email to debtor requesting additional GIP information, bank, and to complete ccc | 0.20 | $100.00 | $20.00 |
| Service | KAR | 05/07/2024 | Incoming Call: Telephone conference with debtor confirming that I received the documents she emailed and to make sure everything I requested was there - told her I would need time to look through it and I would try to get back with her today; debtor asked what she should do about paying her bills; told her I could not give her advice on whether or not to keep paying her bills and that I would do my best to get through her documents today | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/07/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional GIP info and bank statements; drafted email to debtor letting her know that I need pg. 2 and 3 of one of her Regions statements | 0.40 | $100.00 | $40.00 |
| Service | KAR | 05/08/2024 | Review and organize documents provided by debtor: Review, merged, and organized additional bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/08/2024 | Final review of all documents to prepare for case input. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 05/09/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/10/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records | 0.30 | $360.00 | $108.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/10/2024 | prepare matrix for ∆ to review | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/10/2024 | Contact Debtor (Text/Email): Drafted email to debtor with the list of creditors to review for filing | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/13/2024 | Review email from debtor: Reviewed email from debtor stating she has reviewed the Matrix and the only thing she did not she is the creditor Regions for the negative bank accounts; drafted email to debtor asking how many bank accounts does she have that are negative and is she planning to keep those accounts and resolove | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/13/2024 | Review email from debtor: Reviewed email from debtor with the negative Regions accounts; drafted email memo to JAC with the creditor information to add to the Matrix | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/13/2024 | review email from KR re: missing debts | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/13/2024 | add 2 missing debts to schedule F | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/14/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records, prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.50 | $360.00 | $180.00 |
| Service | JAC | 05/14/2024 | Draft email to ∆ with reason why we cannot move forward with her case right now & to wait for a few months | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/15/2024 | Call Debtor: Telephone conference with debtor she stated that she would still like to file since she is worried about losing her car; she just became a month behind; she would like to know how many months of paystubs she will need with her new income; she gets paid her hourly pay on the 15th of each month and then her commission and hourly on the 30th; drafted email memo to JAC re: paystubs needed | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/16/2024 | review & respond to email from KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/16/2024 | Review email from debtor: Reviewed email from debtor stating that her lease expires at the end of the month and she is moving in with a family member; drafted email to debtor with the expense sheet to fill out and requested her to update her address once she moves | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/03/2024 | Review email from debtor: Reviewed email from debtor with her updated paystub and updated expenses; provided her new address; updated in clio; merged paystub and expense sheet with existing client documents; drafted email memo to JAC re: chapter 13 plan payments; drafted email to debtor requesting the salary letter | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/07/2024 | Review email from debtor: Reviewed email from debtor with her salary letter from her 2nd job; telephone conference with debtor informing her I will provide to the attorney but we may need to wait until we have paystubs; drafted email memo to JAC re: 2nd job income | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/10/2024 | review & respond to email from KR re: ∆s 2nd job | 0.10 | $360.00 | $36.00 |
| Service | KAR | 06/11/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents were still needed; drafted email to debtor requesting May bank statements and any pay stubs she may have received since 5/31 | 0.20 | $100.00 | $20.00 |
| Service | KAR | 06/11/2024 | Review and organize documents provided by debtor: Reviewed, converted from jpeg to pdf, merged, and organized additional bank provided by debtor via email | 0.30 | $100.00 | $30.00 |
| Service | KAR | 06/11/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the dates that her Regions bank accounts were closed | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/11/2024 | Review email from debtor: Reviewed email from debtor stating that her regions bank accounts were not closed due to the negative balance and that the balance is the same as it was last time; drafted email to debtor informing her that if the account is still open I will need actual statements for the month of May for both accounts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/11/2024 | Review and organize documents provided by debtor: Reviewed, converted from jpeg to pdf, merged, and organized remaining May bank statements provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KR | 06/13/2024 | Drafted email memo to JAC re: filing options and income | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/14/2024 | review & respond to 2 emails from KR re: income | 0.20 | $360.00 | $72.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/14/2024 | Review email from debtor: Reviewed email memo from JAC re: filing option with 2nd job | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/17/2024 | Calculate current income, plan payment. Prepare I/J | 0.30 | $360.00 | $108.00 |
| Service | KR | 06/17/2024 | Call Debtor: Reviewed email memo from JAC re: filing option; telephone conference with debtor e; she would like to proceed with the chapter 13; she did state that once she filed she might be out of work for 6 weeks for maternity leave but was told to let the attorney know once she meets with him. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/17/2024 | review clio memo re: ∆ ready to move forward with 13 | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/17/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/18/2024 | Contact Debtor (Text/Email): Texted debtor to inquire if she had any questions about the Ch 13 fee agreement that was emailed yesterday. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/20/2024 | review clio memo re: ∆ scheduled | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/20/2024 | Prepare signing docs | 0.20 | $360.00 | $72.00 |
| Service | KAR | 06/24/2024 | Incoming Call: Telephone conference with debtor inquiring on when the attorney was going to call her for over the phone signing; explained to debtor that he was finishing up another appointment and would call once he was done - debtor stated that she would need to reschedule if he did not call before 2:30pm; drafted memo to TR regarding debtors time issue - TR stated to call debtor and reschdule | 0.20 | $100.00 | $20.00 |
| Service | KAR | 06/24/2024 | Call Debtor: Telephone conference with debtor to reschedule signing; suggested times that debtor's signing could be rescheduled for - debtor did not want to reschedule and asked if TR could call her as soon as he finished his previous appointment; explained to debtor that I would try to contact TR about completing her signing - could not reach TR as he was still finishing his previous appointment | 0.20 | $100.00 | $20.00 |
| Service | JAC | 06/24/2024 | Prepare final bankruptcy and send to debtor to review and sign | 0.20 | $360.00 | $72.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 06/25/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | KR | 06/25/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing her that the case has been filed and provided her with the chapter 13 case number | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/25/2024 | Drafted Motion to Suspend due to debtor going on maternity leave; drafted email memo to TR re: review Motion to Suspend | 0.30 | $155.00 | $46.50 |
| Service | TR | 06/25/2024 | Review and approve M Suspend drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/26/2024 | Contact Debtor (Text/Email): Reviewed plan for plan payment terms; drafted email to debtor with their plan payment and what to do/expect after filing a chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/26/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/26/2024 | Call Debtor: Telephone conference with debtor about the information needed for the wage order; stated that she was confused thought it was coming out of her checking account; explained how a wage order worked; she stated she will be out of work for maternity leave; informed her that we will be filing a motion to suspend her payments until August | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/26/2024 | Reviewed email from TR re:Motion to Suspend; revised date on Motion to Suspend; reviewed court docket for the Trustee; prepared the Motion to Suspend and the 21 day Notice for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Expense | BB | 06/26/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $15.66 | $15.66 |
| Service | KR | 06/26/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Suspend, the 21 day Notice and the Proposed Order for upload to the court | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 06/27/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/27/2024 | Review: 24-50882-KMS Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | KR | 06/27/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 06/27/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $21.85 | $21.85 |
| Service | KR | 06/27/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BM | 06/28/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/28/2024 | Drafted email to the Trustee's office with the employer information for the wage order | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/28/2024 | Reviewed email from the case administrator at the Trustee's office stating that they will file the wage order at the end July due to the Motion to Suspend Plan Payments since the debtor will be on maternity leave | 0.10 | $155.00 | $15.50 |
| Service | BM | 07/01/2024 | Contact Debtor (Text/Email): Drafted follow up text to see how debtor would like to attend their Meeting of Creditors | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/01/2024 | Incoming Call: Call from debtor to clarify how to submit her Ch 13 plan payments until the wage order is filed and goes into affect. Drafted emailed to debtor with copy of TFS website instructions. | 0.20 | $100.00 | $20.00 |
| Service | KR | 07/02/2024 | Review email from debtor: Reviewed email from debtor about getting married and also about the inducement of her labor; drafted email to debtor informing her I will get with the attorney about the marital status | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/02/2024 | Review and organize documents provided by debtor: Reviewed schedule I/J for sources of income and financial accounts; reviewed statements for 4 bank accounts, taxes for 2 years, pay advices for 2 sources of income and identification for the Meeting | 0.50 | $155.00 | $77.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | of Creditors; created list of missing documents; created task for VM to get the missing bank statements and pay advices | | | |
| Service | BB | 07/02/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if she would like to attend a practice zoom and if so, requested she choose a date. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/03/2024 | Call Debtor: Attempted to call debtor, no answer. Left a voicemail for debtor and drafted an email to debtor. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/03/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she is familiar with zoom but could also attend a practice zoom. Drafted reply text requesting she choose whichever she is more comfortable with. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/04/2024 | Review email from Attorney: Reviewed documents sent to me by debtor, updated missing trustee documents task. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/05/2024 | Contact Debtor (Text/Email): Reviewed email memo from JAC re: documents needed for marriage; drafted email to debtor informing her we will need the income for the non filing spouse, an updated expense sheet and proof of the non filing bills he pays just in his name once she is married | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/05/2024 | Review: Proof of Claim 24-50882-KMS Wells Fargo Bank N.A., d/b/a Wells Fargo Auto Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/05/2024 | Review: Proof of Claim 24-50882-KMS CashNetUSA Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | VM | 07/08/2024 | Call Debtor: Phone conference with debtor regarding missing documents needed for Meeting of Creditors. Debtor informed me she just had a baby so things are going to be moving slow. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/09/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting a response to if they would like to attend a practice zoom or not. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/09/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she is familiar with zoom and does not need a practice zoom. Drafted text to debtor informing her that we will send a courtesy text with the log in information the day before the meeting. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | VM | 07/11/2024 | Call Debtor: Phone conference with debtor regarding missing statement for meeting of trustee. Debtor informed me she unable to drive at the moment so she asked me to call her back Wednesday after her doctor appointment. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/15/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.4 | $360.00 | $1,224.00 |
| Thomas Rollins | Attorney | 0.9 | $360.00 | $324.00 |
| Brooke Brueland | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Vanessa Martinez | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Breanne McDaniel | Non-Attorney | 1.2 | $100.00 | $120.00 |
| Kirsten Raimey | Non-Attorney | 3.3 | $100.00 | $330.00 |
| Kerri Rodabough | Non-Attorney | 3.9 | $155.00 | $604.50 |
| | | | **Total** | **$2,720.01** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6637 | 08/14/2024 | $2,720.01 | $0.00 | $2,720.01 |
| | | | **Outstanding Balance** | **$2,720.01** |
| | | | **Total Amount Outstanding** | **$2,720.01** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.

# INVOICE

Invoice # 7240
Date: 11/18/2024
Due On: 12/18/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Kristy Marie Crager

## 05390-Crager Kristy Marie

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 07/15/2024 | Review and revise fee application drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/15/2024 | Draft Fee Application, Notice and Proposed roder: Drafted and reviewed the invoice for expense and attorney fees; drafted 1st Application for Compensation; drafted email memo to TR re: review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | KR | 07/15/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the 21 day Notice, the Application for Compensation and the invoice for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/15/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/18/2024 | Review and organize documents provided by debtor: Reviewed, organized and prepared the bank statements form 4 accounts, pay advices from 2 sources of income, taxes and identification for upload to the Trustee's website for the Meeting of Creditors | 0.30 | $155.00 | $46.50 |
| Service | KR | 07/18/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | | | |
| Service | TR | 07/24/2024 | Review: 24-50882-KMS Order on Motion To Suspend Plan Payments Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/30/2024 | Ch 13 Meeting of Creditors | 0.20 | $360.00 | $72.00 |
| Service | KR | 07/30/2024 | Review email from debtor: Reviewed email from debtor with employer information; drafted email to debtor with the employer information the Trustee has for the wage order to confirm | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/30/2024 | Review email from debtor: Reviewed email from debtor stating the employer information needs to be switch and provide the human resource contact; drafted email to the human resource department requesting the new employer information for the wage order | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/30/2024 | Review email from debtor: Reviewed email from debtor informing me she just got married; provided her husband's name, his truck note that he pays for and explained his work situation | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/30/2024 | Reviewed email from the debtor's human resource department stating they did not have anyone by that name; drafted email informing them her official state date is 8/3 and provided her married name. | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/30/2024 | Contact Debtor (Text/Email): Reviewed email from debtor's human resource department requesting the location that the debtor will be working for the address; drafted email memo to debtor requesting the location of her employer | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/30/2024 | Review email from debtor: Reviewed email from debtor stating that she will be working in Lamar County; drafted email to the Human Resources Department informing them of the location | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/01/2024 | Review: Proof of Claim 24-50882-KMS Capital One, N.A. Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/01/2024 | Review: Proof of Claim 24-50882-KMS Capital One, N.A. Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/05/2024 | Drafted email to debtor's employer requesting the payroll address since her start date was 8/3 | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 08/05/2024 | Call Debtor: Reviewed email from debtor's employer stating they are not showing a record for her; called debtor left message; drafted text and email requesting a call back | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/06/2024 | Review: Proof of Claim 24-50882-KMS Resurgent Receivables, LLC Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/06/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring about the new employer's payroll address for the new wage order | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/08/2024 | Call Debtor: Called debtor left message; drafted email to debtor requesting the new employer information for the new wage order | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/08/2024 | Incoming Call: Telephone conference with debtor about her new employer and her part time employer; spoke about the wage order that needs to be issued | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/08/2024 | Drafted email to the Trustee's office about the employer for the wage order. | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/09/2024 | Contact Debtor (Text/Email): Reviewed email from Trustee's office stating they have requested the wage order this morning; drafted email to debtor informing her that the wage order should be mailed from the court next week | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/09/2024 | Review email from debtor: Reviewed email from debtor with the NFS only two paystubs for July since he just started a new job; merged paystubs into existing client documents; drafted email to debtor informing her that I will need the month of August for 2 months to analyze to see if her plan payments will change. | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/12/2024 | Review email from debtor: Reviewed email from debtor with her 2nd credit counseling course certificate; merged certificate in clio with existing client documents; reviewed court docket and the B423 has been filed; drafted email to debtor informing her that we have received the certificate and it has been filed | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/12/2024 | Review: 24-50882-KMS Order Upon Employer Directing Deductions from Pay Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/12/2024 | Review: 24-50882-KMS Objection to | 0.20 | $360.00 | $72.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Confirmation of the Plan Document# 21 | | | |
| Service | TR | 08/12/2024 | Review: Proof of Claim 24-50882-KMS MERRICK BANK Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/14/2024 | Review file and draft email to Sam Duncan re: objection to confirmation | 0.20 | $360.00 | $72.00 |
| Service | KR | 08/14/2024 | Contact Debtor (Text/Email): Reviewed court docket for the wage order for her part time job; drafted email to debtor with a copy of the wage order and requested her to contact me once she starts receiving pay from her new employer so I can submit the information to the Trustee | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/19/2024 | Review email from Sam Duncan re: reset of hearing | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/20/2024 | Review: 24-50882-KMS Order Setting, Resetting, or Continuing a Hearing Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/20/2024 | Review: 24-50882-KMS Minute Entry (CHAP) Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/20/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor determining that she did not receive my original email about the wage order. Inquired if it has begun. She stated not that she is aware of. Requested she contact her payroll department to determine if they received the document. | 0.30 | $100.00 | $30.00 |
| Service | BB | 08/21/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they received the wage order. Drafted reply requesting when her next pay date is so that I may check back with her. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/26/2024 | Review: Proof of Claim 24-50882-KMS Quantum3 Group LLC as agent for Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/27/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring about the wage order with her ASAP and to see if she needed me to update to Lifeguard Ambulance Service yet | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/28/2024 | Review: Proof of Claim 24-50882-KMS LVNV Funding, LLC Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/28/2024 | Review: Proof of Claim 24-50882-KMS MERCHANTS ADJUSTMENT SERVICE Document # 15 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 08/28/2024 | Review file for upcoming hearing - sam didn't continue it 2 months as requested - we still don't have the paystubs - updated file | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/29/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the August paystubs for her husband | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/29/2024 | Reviewed email from debtor with bills that her husband pays | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/03/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the paystubs for August | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/04/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | KR | 09/05/2024 | Review email from debtor: Reviewed email from debtor stating that she is still waiting for her husband's pay and that she would like to update her address | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/05/2024 | Drafted and prepared the Notice Change of Address for upload to the courts | 0.20 | $155.00 | $31.00 |
| Service | BB | 09/05/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she has been on maternity leave and informed me that her wage order started at one of her employers. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/06/2024 | Review file for status of paystubs - draft email to Sam requesting another continuance | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/09/2024 | Review: 24-50882-KMS Order Setting, Resetting, or Continuing a Hearing Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/12/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring about her husband's paystub for August and also about updating the wage order | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/12/2024 | Review email from debtor: Reviewed email from debtor with her husband's pay for August; converted jpeg files to pdf files; merged with existing pay | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/16/2024 | Review and respond to email memo: Reviewed email memo from BB inquiring about a letter the debtor received in the mail; drafted email memo to BB requesting more details and the letter the debtor received | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 09/16/2024 | Contact Debtor (Text/Email): Reviewed email from kr with an answer to the debtors question about the letter she received. Drafted text to debtor explaining that it could be the letter about needing the pay stubs from her new job but there is no way to know for sure unless she can send us a copy of the letter she is inquiring about. Inquired with debtor if her wage order has started at her new job as there are still no payments reflecting in the trustee website. | 0.10 | $100.00 | $10.00 |
| Service | VM | 09/16/2024 | Incoming Call: Debtor called to ask for an update regarding letter she received in mail, updated KR and BB task and drafted memo. | 0.20 | $100.00 | $20.00 |
| Service | KR | 09/19/2024 | Review and respond to email memo: Reviewed email from VM re: Notice from debtor; drafted email to VM about the objection to confirmation reset hearing and informed her that she does not need to attend unless our office reaches out to her | 0.10 | $155.00 | $15.50 |
| Service | VM | 09/20/2024 | Contact Debtor (Text/Email): Reviewed paystubs, organized and updated. Missing August 02 paystub, drafted text message to debtor to send as soon as possible | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/24/2024 | Review file for upcoming confirmation hearing - still waiting on proof of new income | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/25/2024 | Confirmed on NDC website that the debtor sent in a manual payment and the Trustee received it. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/26/2024 | Review: Proof of Claim 24-50882-KMS Aidvantage on behalf of Document # 17 | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/03/2024 | Call Debtor: Telephone conference with debtor about her paystubs needed for the Trustee from her employer and the new job she will be starting on Monday; | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/04/2024 | Call Debtor: Called debtor unable to leave a message; drafted email and text about the missing paystub needed for the Trustee | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/07/2024 | Review file a draft email to Sam Duncan debtor's employment situation re: settling Obj to Conf. hearing - | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/07/2024 | Review and respond to email memo from KR re: update on NFS and client pay - i requested an update due to pending TT obj to confirmation on this issue | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 10/07/2024 | Review email from debtor: Reviewed email memo from TR re: non filing spouses income due to divorce | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/10/2024 | Review: 24-50882-KMS Order Setting, Resetting, or Continuing a Hearing Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/16/2024 | Drafted email to debtor's new full time employer for the payroll information for the wage order | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/17/2024 | Reviewed email from debtor's employer with the payroll address; drafted email to the case administrator at the Trustee's office with the new employer information for the wage order | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/04/2024 | Review email from debtor: Reviewed email from debtor about renting or financing a home; drafted email to debtor informing her the process of incurring debt to purchase a home. | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/06/2024 | Review status of paystubs for upcoming hearing on TT Obj - paystubs were expected by now, but no paystubs received yet | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/13/2024 | Review email from debtor: Reviewed email from debtor with her current paystubs from one employer and stating that her wage order has not started; merged with existing pay; drafted email to debtor requesting any other paystubs from her other employer for the Trustee; reviewed the court docket for the new wage order | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/18/2024 | Contact Debtor (Text/Email): Drafted email to debtor with the updated expense sheet to review and fill out for the supplemental I/ J | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/18/2024 | Review: 24-50882-KMS Release of Wages Document# 31 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/18/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| **Non-billable services** | | | | | | |
| Service | VM | 07/17/2024 | Call Debtor: Attempted to call debtor, no response. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BM | 07/17/2024 | Incoming Call: Call from debtor with questions about her Ch 13 plan payments, transferred to Kerri. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 07/18/2024 | Review email from debtor: Reviewed | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | documents debtor send me regarding needed trustee documents. Updated and uploaded. | | | |
| Service | BM | 07/29/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | JAC | 07/31/2024 | Review: Proof of Claim 24-50882-KMS Discover Bank Document # 3 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 08/01/2024 | Review: Proof of Claim 24-50882-KMS Capital One, N.A. Document # 5 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 08/06/2024 | Review: Proof of Claim 24-50882-KMS Resurgent Receivables, LLC Document # 7 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 08/07/2024 | Review: Proof of Claim 24-50882-KMS Jefferson Capital Systems LLC Document # 9 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | VM | 08/08/2024 | Incoming Call: Debtor called to speak with KR, transferred | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | TR | 08/12/2024 | Review: 24-50882-KMS Personal Financial Management Course (Certificate) Document# 18 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | TR | 08/12/2024 | Review: 24-50882-KMS Order on Application for Compensation Document# 17 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | BB | 08/16/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BB | 08/19/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if she received my email. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | JAC | 08/26/2024 | Review: Proof of Claim 24-50882-KMS Quantum3 Group LLC as agent for Document # 11 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | TR | 08/28/2024 | Review: Proof of Claim 24-50882-KMS LVNV Funding, LLC Document # 13 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 09/04/2024 | Review: Proof of Claim 24-50882-KMS Mission Lane LLC Document # 16 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | BB | 09/16/2024 | Incoming Call: Incoming call: Debtor called to inquire about a letter she received for a court date that already passed. Gathered information for paralegal review, drafted email to kr. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 09/19/2024 | Contact Debtor (Text/Email): Drafted email | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor to request needed documents for attorney review | | | |
| Service | VM | 09/19/2024 | Reviewed letter debtor sent for review, drafted memo to paralegal | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 09/20/2024 | Call Debtor: Phone conference with debtor to inform her of some information on a letter she received. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 09/20/2024 | Incoming Call: Debtor called to inform me of information on why she is missing August paystub. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | KR | 10/07/2024 | Review email from Attorney: Reviewed email memo from TR re: Trustee documents; drafted email memo to TR about the situation of the Divorce we found out about and the paystubs that we had for the ex | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | BB | 11/06/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting she email her pay stubs to me once they are received. Provided debtor with my email address. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BB | 11/12/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if she received my last text and requested a reply due to debtor being non responsive. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | KR | 11/13/2024 | Drafted email to the Trustee's office inquiring an update on the new wage order that they were supposed to issue at the end of October | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | KR | 11/14/2024 | Telephone conference with case administrator at the Trustee's office about the wage order that needs to be filed for the new employer since the deduction has not taken plance | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | KR | 11/15/2024 | Drafted email memo to TR re: Objection to Confirmation Hearing | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | KR | 11/18/2024 | Review email from Attorney: Reviewed email memo from TR re: updated pay for the Trustee; drafted email to the case administrator at the Trustee's office with the new employer pay per the request of the Trustee | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | TR | 11/18/2024 | Review: 24-50882-KMS Order Upon Employer Directing Deductions from Pay Document# 32 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| | | | | **Services Subtotal** | | **$2,135.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/15/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $37.60 | $37.60 |
| | | | | **Expenses Subtotal** | **$37.60** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.7 | $360.00 | $252.00 |
| Thomas Rollins | Attorney | 2.8 | $360.00 | $1,008.00 |
| Brooke Brueland | Non-Attorney | 0.7 | $100.00 | $70.00 |
| Vanessa Martinez | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Kerri Rodabough | Non-Attorney | 5.0 | $155.00 | $775.00 |
| | | | **Subtotal** | **$2,172.60** |
| | | | **Total** | **$2,172.60** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6637 | 08/14/2024 | $2,720.01 | $0.00 | $2,720.01 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7240 | 12/18/2024 | $2,172.60 | $0.00 | $2,172.60 |
| | | | **Outstanding Balance** | **$4,892.61** |
| | | | **Total Amount Outstanding** | **$4,892.61** |

# INVOICE

Invoice # 9572
Date: 10/01/2026
Due On: 10/31/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Kristy Marie Crager

## 05390-Crager Kristy Marie

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 11/19/2024 | Draft Fee Application and Proposed Order: Reviewed invoice for expense fees and attorney fees; reviewed court docket for previous order; reviewed Trustee's website for the amount paid to date for the claims filed; drafted the Application for Compensation, the 21 Day Notice and the Proposed Order; | 0.30 | $155.00 | $46.50 |
| Service | TR | 11/19/2024 | Approve fee app drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/20/2024 | Call Debtor: Telephone conference with debtor; about the documents needed for the supplemental I/J due to income and expense changes; she is in the process of filling out the updated expense sheet; her schedule has been hectic and has not had time; reviewed payments received by the Trustee | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/20/2024 | Review: 24-50882-KMS Order on Objection to Confirmation Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/20/2024 | Prepared the Application for Compensation, the 21 day Notice and the Exhibits A & B for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/20/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | for Compensation, Exhibits, Proposed Order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | | | |
| Service | KR | 11/22/2024 | Review email from debtor: Received email from debtor with the updated expense sheet to analyze; merged with updated pay; created task for JAC to analyze | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/25/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the last paystub she will receive for the month of November to analyze for the supplemental I/J | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/25/2024 | Review and sign confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/28/2024 | Review: 24-50882-KMS Order Confirming Chapter 13 Plan Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/02/2024 | Review email from debtor: Reviewed email from debtor with her most recent paystub; converted jpeg file to pdf file; merged with existing pay; created task for JAC to analyze for supplemental I/J | 0.10 | $155.00 | $15.50 |
| Service | JAC | 12/03/2024 | Calculate current income based on new job pay, prepare Supplemental I/ J based on current income & expenses | 0.20 | $360.00 | $72.00 |
| Service | KR | 12/04/2024 | Contact Debtor (Text/Email): Prepared the supplemental I/J for debtor to sign; drafted email to debtor with the supplemental I/J to sign so we can file with the court showing | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/05/2024 | Reviewed and prepared the signed Supplemental I/J for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BB | 12/10/2024 | Contact Debtor (Text/Email): Reviewed NDC website and confirmed the wage order has still not started. Drafted text to debtor requesting she confirm with her payroll department that it was received and if it has not, that I can provide it. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/11/2024 | Review: 24-50882-KMS Motion to Increase/Decrease Payment Into Plan | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Document# 43 | | | |
| Service | TR | 12/11/2024 | Review: 24-50882-KMS 21 Day Notice to File Written Objection or Response Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | BB | 12/12/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if she spoke with her payroll department about her wage order. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/16/2024 | Contact Debtor (Text/Email): Drafted another text to debtor inquiring if she spoke with her payroll department about her wage order due to debtor being non responsive. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/17/2024 | Review: 24-50882-KMS Order on Application for Compensation Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | BB | 12/17/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating the wage order has started. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/31/2024 | Reviewed NDC website and confirmed the Trustee is recieving wage order payments. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/06/2025 | Drafted email to the Mississippi Department of Revenue to verify if they will be filing a proof of claim | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/06/2025 | Reviewed email memo form the Mississippi Department of Revenue stating there is no debt for the debtor at this time and they will not be filing a proof of claim | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/08/2025 | Review: 24-50882-KMS Increase/ Decrease Plan Payment Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/14/2025 | Review: 24-50882-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 48 | 0.10 | $360.00 | $36.00 |
| Service | CO | 01/22/2025 | Incoming Call: Phone conference with debtor regarding their plan payments increasing. Debtor stated the increase went up $300 per pay period and was putting her in a financial bind. Reviewed best case for notices of plan payment changes and found several. Drafted email memo to KR to review and contact debtor. | 0.20 | $100.00 | $20.00 |
| Service | KR | 01/22/2025 | Review email from debtor: Reviewed | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email from debtor about her plan payments increasing and provided a current paystub stating the pay she previously provided had overtime pay for the holidays on them; said she can not afford these payments; reviewed court docket for the Motion and Order filed by the Trustee to increase her plan payment due to the supplemental I/J we had to file per the Objection filed by the Trustee for her new employer; drafted email to debtor with the copy of the motion and the order explaining if her pay has decreased she can provide 2 months of the decrease pay and the attorney can analyze to see if we can lower any. | | | |
| Service | KR | 01/23/2025 | Review email from debtor: Reviewed emails from debtor stating that the income she provided was with overtime which she is no longer receiving due to the employer being fully staffed now; reviewed court docket for the Order to Increase Plan Payment the Trustee filed; drafted email memo to JAC re: plan payments | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/24/2025 | Review email from debtor: Reviewed email from JAC re: plan payments; drafted email to debtor informing her that we can analyze her income for two months showing the decrease in pay | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/30/2025 | Review email from debtor: Reviewed emails from debtor about the pay decrease, being of of work during the transition to new employer and the Trustee payment; drafted email to debtor informing her that they employer will take out the amount per the wage order not sure how much she will be getting paid; informed her once she has two months of income showing the decrease and fills out an updated expense sheet we can analyze to lower the payment; requested the new employer information | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/05/2025 | Review email from debtor: Reviewed emails from debtor with her updated pay; organized and merged with existing pay; created task for JAC to | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | analyze to lower plan payment | | | |
| Service | JAC | 02/06/2025 | Analyze to Lower Plan Payments | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/07/2025 | Drafted email memo to JAC re: Motion to Modify | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/07/2025 | Reviewed email memo from JAC re: plan payments; drafted email to the Trustee's office inquiring about the percentage of unsecured debt being paid through the plan | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/10/2025 | Reviewed email from the Trustee's office with the amount of the unsecured debt; drafted email memo to JAC re: lowering plan payment | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Contact Debtor (Text/Email): Drafted email to debtor with the Supplemental I/J to sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/12/2025 | Prepared the signed supplemental I/J for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/12/2025 | Drafted Motion, the Notice and the Proposed Order to Modify to Lower Plan Payments | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/12/2025 | Reviewed court docket for the Confirmed Plan and the Order Increasing Plan Payments; reviewed previous emails for the email from the Trustee stating that the plan is paying 100% unsecureds; drafted email memo to TR re: review Motion to Modify | 0.20 | $0.00 | $0.00 |
| Service | TR | 02/13/2025 | Review and revise motion to modify drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/13/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Modify | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/20/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion, the 30 day Notice and the Proposed Order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/03/2025 | Incoming Call: Phone conference with debtor inquiring why her wage order stopped and why her case shows "CLOSE OUT CASE" in NDC website. Researched old tasks and Best Case. Drafted email memo to KR. | 0.30 | $100.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 03/03/2025 | Review and respond to email memo: Reviewed email memo from BB inquiring about the wage order being stopped and why the Trustee's website shows it as "close out"; reviewed the Trustee's website to verify the case administrator; drafted email memo to inform BB to reach out to the case administrator; provided BB the case administrator's contact information | 0.10 | $0.00 | $0.00 |
| Service | BB | 03/03/2025 | Review and respond to email memo: Reviewed email from KR stating to email TT office contact about debtors inquiries. Drafted email and inquired with TT office. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/03/2025 | Contact Debtor (Text/Email): Reviewed email from Trustee's office stating the close out message was an error that has been fixed and as to the wage order, the debtor needs to inquire with their employer. Drafted email to debtor informing her of this. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/10/2025 | Review email from debtor: Reviewed email from debtor inquiring after an update on lowering her plan payments. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/11/2025 | Review and respond to email memo: Reviewed email from KR stating we have filed the Motion the debtor is inquiring about but will not hearing anything until the end of the month at the soonest. Drafted email to debtor informing her of this. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/31/2025 | Review: 24-50882-KMS Order on Motion to Modify Plan Document# 53 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/01/2025 | Review: 24-50882-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 55 | 0.10 | $360.00 | $36.00 |
| Service | BB | 04/03/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/03/2025 | Review email from debtor: Reviewed email from debtor about a creditor | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | contacting her about a debt owed; drafted email to debtor requesting a copy of the letters that she has received | | | |
| Service | KR | 04/07/2025 | Review email from debtor: Reviewed email from debtor with a medical bill from Relias; telephone conference with debtor about the medical bill that she received in the mail, the payments the Trustee has received and also going on maternity leave; stated that it was included in the bankruptcy; reviewed court docket for the Matrix to verify all creditors; | 0.30 | $155.00 | $46.50 |
| Service | KR | 04/07/2025 | Drafted email memo to JAC re: medical bills | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/07/2025 | review & respond to email from KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/07/2025 | Review email from Attorney: Reviewed email from JAC re: added medical debt | 0.10 | $0.00 | $0.00 |
| Service | CO | 04/08/2025 | Administrative - non-billable work: Added Debts to Schedule F for KR but for the debtor's case in 2018. | 0.80 | $100.00 | $80.00 |
| Service | CO | 04/08/2025 | Drafted amended schedule F and Matrix in Best Case to add several Medical Debts. | 0.40 | $100.00 | $40.00 |
| Service | KR | 04/09/2025 | Reviewed memo from CO with the revised amended matrix; drafted memo to CO requesting the amended F | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/10/2025 | Contact Debtor (Text/Email): Drafted email to debtor with the amended schedules to sign to add the creditors for the medical debt so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/11/2025 | Call Debtor: Called debtor left message; drafted text to debtor about the amended F to review and signed so we can file with the court | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/14/2025 | Reviewed Amended schedule F and Matrix from debtor to add the several medical debts | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/18/2025 | Drafted Notice of Amendments; drafted email memo to JAC re: review amended F, amended matrix and notice of amendments | 0.30 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 04/21/2025 | review & approve drafted notice prepared by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/23/2025 | Created Excel Spreadsheet for list of creditors added by amended schedule F; prepared the Notice of Amended F and Excel Spreadsheet for upload to Certificate of Service | 0.30 | $0.00 | $0.00 |
| Service | KR | 04/23/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice of Amendments with the Declaration of Mailing attached, the Amended F and the Amended Matrix for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | CO | 06/04/2025 | Incoming Call: Phone conference with debtor inquiring about notice of dismissal or discharge needed to purchase a home. Explained the difference between the two and advised it was possible to buy a house while still in bankruptcy. Drafted email to debtor with information need and cc'd BB. | 0.20 | $100.00 | $20.00 |
| Service | CO | 06/04/2025 | Reviewed email from debtor asking for a list of creditors who work with people in bankruptcy. Researched on the internet; drafted email response to debtor with a website link and 3 government backed lenders. | 0.10 | $100.00 | $10.00 |
| Service | CO | 06/04/2025 | Contact Debtor (Text/Email): Reviewed email from debtor asking if we could provide her a list of payments made toward her bankruptcy. Drafted email to debtor with their case number and a guide to create an account with NDC to track their payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/23/2025 | Review: 24-50882-KMS Notice of Change of Address Document# 60 | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/05/2025 | Incoming Call: Telephone conference with debtor about suspending her payments while she is out on maternity leave; also wanted to know if there was a delinquency; reviewed the Trustee's website and she is almost a month ahead | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/05/2025 | Review email from debtor: Reviewed email from debtor with a document pertaining to her maternity leave | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 09/10/2025 | Draft Motion: Drafted Motion to Suspend Plan Payments; drafted internal message to TR re: review Motion to Suspend | 0.30 | $155.00 | $46.50 |
| Service | KR | 09/10/2025 | Call Debtor: Telephone conference with debtor about the Motion to Suspend we will be filing and the doctor's note about her maternity leave; she has a follow up appointment next Wednesday; also reviewed the trustee's website to go over the claims filed and the process of getting another vehicle | 0.30 | $0.00 | $0.00 |
| Service | KR | 09/11/2025 | Review email from Attorney: Reviewed internal message from TR re: Motion to Suspend; prepared the Notice and the Motion for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 09/12/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Suspend, the Notice with the Declaration of Mailing attached and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 09/18/2025 | Review: 24-50882-KMS Release of Wages Document# 62 | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/22/2025 | Review email from debtor: Reviewed email from debtor requesting the amount of time for the approval; for the Motion to Suspend Payments; drafted email to debtor informing her that it takes 4-6 weeks for approval and it was filed on 9/12/ -kr | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/23/2025 | Review email from debtor: Reviewed email from debtor requesting documentation to provide to employer to stop the bankruptcy garnishment due to the Motion to Suspend; reviewed court docket; drafted email to debtor informing her that a release of wages was filed but the order has not been approved yet; provided the release of wages | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/07/2025 | Review: 24-50882-KMS Order on Motion To Suspend Plan Payments Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/01/2025 | Review: 24-50882-KMS Order Upon Employer Directing Deductions from | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Pay Document# 66 | | | |
| Service | CO | 12/02/2025 | Contact Debtor (Text/Email): Reviewed: 24-50882-KMS Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/15/2025 | Contact Debtor (Text/Email): Review Notice and Motion to Suspend returned non-deliverable via US Mail; reviewed Notice of Change of Address filed in 2024; reviewed Pacer for current address; drafted text message to debtor to obtain current address.. | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/16/2025 | Reviewed text from debtor with the new address; updated in clio; drafted and prepared the notice change of address for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/27/2026 | Review email from debtor: Reviewed email from debtor about the wage order not being deducted by her employer; drafted email to debtor informing her to get with the employer to find out why it has not stated; provided copy of the wage order and informed her to send in payments directly to the Trustee until the garnishment starts | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/27/2026 | Review: 24-50882-KMS Notice of Appearance Document# 69 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/26/2026 | Review: 24-50882-KMS Statement of Corporate Ownership Document# 71 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/26/2026 | Review: 24-50882-KMS Hearing Set - Bankruptcy Document# 73 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/26/2026 | Review: 24-50882-KMS Motion for Relief From Stay Document# 70 | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/31/2026 | Incoming Call: Phone conference with debtor regarding the Motion for Relief that was filed by Wells Fargo; she was worried they could pick up her car now; she explained that the car listed is incorrect and the method of her payment was also incorrect; her payments are paid through the chapter 13 plan and she has brought the payments current; explained that they can not pick up the vehicle until an order is issued but we will be filing a response; she also explained how | 0.50 | $155.00 | $77.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | she fell behind; discussed claims that were filed due to her hoping to complete her case early | | | |
| Service | KR | 03/31/2026 | Administrative - non-billable work: Phone conference with SA re: Motion for Relief | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/31/2026 | Drafted internal message to TR re: Motion for Relief | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/01/2026 | Call Debtor: Reviewed email memo from TR re: Motion for Relief withdrawal; called debtor left message and drafted text informing her the creditor has agreed to withdraw the Motion for Relief | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/06/2026 | Review: 24-50882-KMS Minute Entry (CHAP) Document# 76 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/06/2026 | Review: 24-50882-KMS Withdraw Pleading/Document Document# 75 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/10/2026 | Review: 24-50882-KMS Order on Motion For Relief From Stay Document# 77 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/12/2026 | Review: 24-50882-KMS Notice of Change of Address Document# 79 | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/09/2026 | Incoming Call: Phone conference with debtor explaining her life altering situation and inquiring after her options. Drafted email to KR informing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/14/2026 | Incoming Call: Phone conference with debtor requesting to speak with KR. Drafted memo informing KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 09/15/2026 | Call Debtor: Phone conference with debtor regarding her financial struggle and trying to maintain the plan payments; reviewed process of dismissing her case and then refiling a chapter 7; she is having a hard time making the payment for her home; she inquired about dismissal; explained the process of dismissing her case; she is going to email me stating that she would like to dismiss her case | 0.30 | $155.00 | $46.50 |
| Service | JAC | 09/16/2026 | review & approve drafted motion | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/17/2026 | Review email from debtor: Reviewed email memo from JAC re: Motion to | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Dismiss; prepared the Motion and the Proposed Order for upload to the court | | | |
| Service | KR | 09/17/2026 | Review email from debtor: Reviewed email from debtor with her paystubs; drafted email to debtor informing her that we no longer need her paystubs since she requested her case to be dismissed and that we filed the Motion to Dismiss this morning | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/18/2026 | Review: 24-50882-KMS Release of Wages Document# 81 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/18/2026 | Review: 24-50882-KMS Order on Motion To Dismiss Debtor Document# 82 | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/21/2026 | Drafted email memo to JAC re: review for refile | 0.20 | $0.00 | $0.00 |
| Service | JAC | 09/22/2026 | review & respond to email from KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/22/2026 | Reviewed email memo from JAC re: refile | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/23/2026 | Call Debtor: Phone conference with debtor regarding refiling; scheduled consult for 9/24 | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/01/2026 | Draft Fee Application and Proposed Order: Reviewed court docket for the previous orders and invoices filed; drafted 1st part of the Final Application and Lodestar; drafted affidavit and Proposed Order | 0.30 | $155.00 | $46.50 |
| | | | | | **Services Subtotal** | **$2,664.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/20/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $49.28 | $49.28 |
| Expense | 11/20/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $49.28 | $49.28 |
| Expense | 02/20/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $27.28 | $27.28 |
| Expense | 02/20/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $27.28 | $27.28 |
| Expense | 04/23/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $16.47 | $16.47 |
| Expense | 04/23/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $16.47 | $16.47 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 09/12/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $38.13 | $38.13 |
| | | | | **Expenses Subtotal** | **$224.19** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.4 | $360.00 | $864.00 |
| Thomas Rollins | Attorney | 1.0 | $360.00 | $360.00 |
| Brooke Brueland | Non-Attorney | 1.5 | $100.00 | $150.00 |
| Jacki Curry | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Clara Ortega | Non-Attorney | 1.9 | $100.00 | $190.00 |
| Kerri Rodabough | Non-Attorney | 7.0 | $155.00 | $1,085.00 |
| Kerri Rodabough | Non-Attorney | 2.2 | $0.00 | $0.00 |
| | | | **Subtotal** | **$2,888.69** |
| | | | **Total** | **$2,888.69** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6637 | 08/14/2024 | $2,720.01 | $0.00 | $2,720.01 |
| 7240 | 12/18/2024 | $2,172.60 | $0.00 | $2,172.60 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9572 | 10/31/2026 | $2,888.69 | $0.00 | $2,888.69 |
| | | | **Outstanding Balance** | **$7,781.30** |
| | | | **Total Amount Outstanding** | **$7,781.30** |