**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

| | |
|---|---|
| In re:<br>KRISTY MARIE CRAGER<br><br>Debtor(s) | Case No. 24-50882 KMS |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/25/2024.

2) The plan was confirmed on 11/26/2024.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/28/2025.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/17/2026.

5) The case was dismissed on 09/18/2026.

6) Number of months from filing or conversion to last payment: 27.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,130.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $35,923.89 | |
| Less amount refunded to debtor | $850.03 | |
| **NET RECEIPTS:** | | **$35,073.86** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,618.83 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,346.28 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,965.11** |

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA AMBULANCE | Unsecured | 2,110.00 | NA | NA | 0.00 | 0.00 |
| AAA AMBULANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AAA AMBULANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AFFIRM INC | Unsecured | 1,091.11 | NA | NA | 0.00 | 0.00 |
| AFTERPAY INC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AIDVANTAGE | Unsecured | NA | 4,938.53 | 4,938.53 | 0.00 | 0.00 |
| ALTUS LUMBERTON HOS | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | NA | 659.55 | 659.55 | 0.00 | 0.00 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | NA | 590.06 | 590.06 | 0.00 | 0.00 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | NA | 461.18 | 461.18 | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CASHNETUSA | Unsecured | NA | 3,704.70 | 3,704.70 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,063.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 3,035.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bkl/Ulta | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE RADIOLOGY | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,016.00 | 1,131.61 | 1,131.61 | 0.00 | 0.00 |
| Forest General Hosp. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HATTIESBURG CLINIC | Unsecured | 5,487.22 | NA | NA | 0.00 | 0.00 |
| HIGHLAND COMMUNITY | Unsecured | 2,843.86 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | NA | 1,129.26 | 1,129.26 | 0.00 | 0.00 |
| LAB CORP | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| MERCHANT ADJUSTMENT SVC | Unsecured | NA | 1,302.07 | 1,302.07 | 0.00 | 0.00 |
| MISSION LANE LLC BY AIS INFOSOU | Unsecured | 823.00 | 927.00 | 927.00 | 0.00 | 0.00 |
| MISSISSIPPI DEPARTMENT OF REVEN | Priority | 1,216.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTION, INC. | Unsecured | 3,087.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NAVIENT SOLUTION, INC. | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| OSHNERS MED CENTER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 3,187.63 | 3,187.63 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 215.37 | 215.37 | 0.00 | 0.00 |
| REGIONS BANK | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Unsecured | 5.78 | NA | NA | 0.00 | 0.00 |
| RELIAS EMERGENCY MED | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,093.00 | 1,008.37 | 1,008.37 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 796.57 | 796.57 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 770.12 | 770.12 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 295.93 | 295.93 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 1,667.61 | 1,667.61 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,520.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 999.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| UPSTART NETWORK, INC | Unsecured | 4,814.00 | NA | NA | 0.00 | 0.00 |
| WAYNE GENERAL HOSPITAL | Unsecured | 4,684.28 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO | Secured | 40,034.00 | 39,908.86 | 39,908.86 | 20,669.65 | 7,439.10 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $39,908.86 | $20,669.65 | $7,439.10 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$39,908.86** | **$20,669.65** | **$7,439.10** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$22,785.56** | **$0.00** | **$0.00** |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $6,965.11 | |
| Disbursements to Creditors | $28,108.75 | |
| **TOTAL DISBURSEMENTS** : | | **$35,073.86** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/04/2026 By: /s/ David Rawlings

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.